# EXHIBIT 1



**Idylla** @IdyllissSFW · Nov 9, 2022 · · ·

So she is trying to cancel me and @alxspvs for exposing her toxic behavior towards others. Sending us Defamation papers. This is under fear to silence others.







◯ 10      ⇄      ♡ 27      ⊪      🔖 ⬆️



🗡️🎃**Liv**🎃🗡️ @Lavender_Honey2 · Nov 11, 2022 · · ·

This is the most interesting thing I've seen on Twitter all day. I've never been more curious about a situation now. I'm really curious how it turn out.

◯ 1      ⇄      ♡ 2      ⊪      🔖 ⬆️

**Idylla**
@IdyllissSFW

Turned out that she is very unprofessional, not a lawyer at all, and trying to scare us with no proof whatsoever from her "client" (zwei). There is one more post on my twitter about it, so you will see more of this shit show 🤣

8:15 AM · Nov 11, 2022

# EXHIBIT 2

 **cyberpunk77truth-archived** Follow

• • •



**Anonymous** asked:

I was initially involved with a group of people wanting to get revenge on some of the big players in the fandom. (I was dragged into a group message about they're bitching and complaining) I left the group after I saw that they were all wanting to frame people for some serious shit - I really regret not trying to talk them out of it and I think anything you read on blogs and shit should be taken with the smallest grain of salt. They were after so many people including zwei and nullvector. They even tried to get her to fight some of the battles for them. Yeah, zwei can be annoying and front center but there's no reason to threaten her life over a game. I'm begging you all to stop lashing out at people because you think they deserve it. You only know what you're told, and nobody likes to share the full story. I'm not friends with the people that tried to get me to lie for them and if I have to resort to showing the messages I will, but I really hope I don't have to because I don't want to be in this fandom anymore.

Fandom Messiah Group?

**0 notes**

  

Anonymous asked:



honestly, zwei is the probably the worst of the lot. i have never met a more manipulative, controlling, narcissistic and petty person in any fandom or even real life.

her MO is always to first suck up to popular folks or people with talent (artists, modders, VPers) or authority (discord mods, big twitter accounts) and love bomb them/buy them up with commissions and gifts first and basically hold them hostage that way. BUT if you then disagree with her or even DARE talk to people she doesn't approve of, she will then try to start controlling who you can talk to, and if you dont listen to her, the lovebombing will suddenly end and you're suddenly off her "besties" list lmao. (you can usually tell you're no longer there because she will delete all her DMs with you, in fear that you might expose all the venom she has been spewing about other people in there xD)

she will then even go as far as to try and blacklist you in the fandom, by spreading lies and "warning" people about you, so you'll be basically ostracized by everyone. i cannot even count how many people have left the cyberpunk fandom or were turned into a black sheep because Queen Zwei decided she does not like them and so must everyone else xD

This is literally highschool bully behaviour, but zwei is in her thirties, which is even more pathetic. the only sad thing is that she has already wrapped tons of modding and fandom discords around her fingers, who's mods then kowtow to her every wish, so its really hard finding a decent community that hasnt been poisoned by zwei and her clique of enablers

The fact people let themselves get into it is also very impressive which sometimes makes me think that in the beginning they only think about getting popular and don't think about the consequences later and when they do is already too late.

And who is she to think she can decide who people will like? That's disgusting. And why she delete those things? Too afraid to people expose her?

But not only that I do know if she wants to get close to you for some reason (because will always have a reason) she will try to make herself likable so if you say you have 15 dogs she will say she has 40. If you say you can't talk english she will say her english is bad even though her english is honestly very good.

A decent community would be with people that are aware of it and aren't convent as other people.

8 notes



**Anonymous** asked:

While im not a fan of public shaming typically – im glad people are airing the truth about Zwei in particular. Im sure she's too far above all us peasants to even read this blog but tbh I wish she would cuz she needs a come to jesus moment and it might do her good to see how her behavior has been ruining the fun of so many people in the fandom. If everyone is saying the same thing maybe the problem isn't EVERYONE, its YOU. She is so insecure that she will step on anyone who threatens her precious fake character and ship. I believe shes only nice to people she thinks she has something to gain from. Its legit insane. Ive never seen anyone try so hard to convince people of how cool they are. I deadass work for band venues and I can tell you real rocker girls don't constantly try to prove how "rock" they are. Lmfao. Real rocker girls dgaf what other people think. Ive never seen anyone crave validation and attention the way this Zwei girl does. Like others have said Ive had a few friends who have basically been run out of the community by her for doing nothing at all but having the same stupid ship or wearing a piece of clothing that's from the game that she thinks belongs to her. I deadass think most of Zwei's persona is fake AF – im not even convinced shes much of a modder she just has her minion angy or someone do all the work and then she claims it. I also think her "toxic" real life silverhand bf is made up too. She just wants everyone to believe her life is just like her self indulgent screenshots. LMFAO its sad honestly – maybe go live a real life and stop being so fucking threated by people on the internat just trying to enjoy A GAME.

THIS.

 **cyberpunk77truth-archived** Follow

...



**Anonymous** asked:

Heard that angry and zwei had a falling out, after (pre-dictably) zwei wanted to yet again control who angy can be friends with/talk to and she had none of it. Which is funny, because they were "besties forever".

When will people finally wisen up to her stupid shit? Zwei goes through friends like a pair of socks. Bribes you into friendship/sucks up to you if you show a modicum of tal-ent (mods, vp) or relevancy and then discards you once she realizes she cannot control to whom you speak.

Its just embarassing at this point, given how many times has this happened.

We need to have someone as crazy as Zwei to bring her down. Someone capable of pulling every single one of her brainwashed puppets away from her. The queen bee mean girl type like her will only break down when she no longer has any followers.

2 notes





**oldcyberpunk2077truth** Follow

Anonymous asked:

Just wanna say that the AMM server is a straight up sewer pipe, Zwei is the shit, the mods and admins are the rats and they're HUNGRY. So they eat it all up. Zwei pretty much owns that server, if she doesn't like someone there she makes sure it's known to the mods and shit and they make sure that person knows to watch their mouth otherwise they get banned. That server is complete dog shit.

LOL. I couldn't have said it better than you anon.



1 note







**oldcyberpunk2077truth** Follow

Anonymous asked:

thinking about zwei and how she tells everyone to not ask for her mods or presets like I know she uses Hyst's booba mod. then again I'm probs blogged bc I was asking questions about it one day lmaooooo

The fact her character is basic with public mods and yet she thinks it's top secret. Of course se has some private ones but probably just accessories.



0 notes



**oldcyberpunk2077truth** Follow

Anonymous asked:

To be a nice cool kid, you need to do custom poses. Xbae the gatekeeper, Zwei the narcissist, PD the bullier, Halk the serial panam blocker and manavortex the racist/bi-phob. That's not bc they are talented modder that they need to be acclamed. theyre just assholes

Not a lie.

0 notes

 **oldcyberpunk2077truth** Follow                                    •••



**Anonymous** asked:

Here's another funny (aka sad and pathetic) story about Zwei.

A year after CP2077 was released, CDPR published this large collage image of peoples own V characters, as sort of thank and yay and just social media interaction. Totally random, hundreds of randomly picked V photos or random people on the internet.

And I kid you not, Zwei analyzed and tried to find her V on this collage, and when she did not find it, she threw a public fit on twitter about how scummy it was from CDPR for not including her V.

There is narcissism, and then theres Zwei.

LMAO. Because CDPR HAVE to put her there otherwise isn't a valid post about their own game.

2 notes                                             

 **oldcyberpunk2077truth** Follow                    ● ● ●



**Anonymous** asked:

disclaimer: i am actually NOT a big fan of wingdeer, her mods or her attitude.

but at the end of the day, I'd still prefer her blunt, no-filter behaviour (so you know where exactly you and her stand), over the two-faced hypocrites like Zwei, pinky, the Freaks and the rest of the DM warriors who will only smear you behind your back and spread rumours about you in order to blacklist you, despite being the shitty perpetrators 90% of the time.

i despise people like this irl in workplaces, and I despise them online in fandoms as well

100% agree with the second and last part.

**0** notes                                          



**oldcyberpunk2077truth** Follow

Anonymous asked:

zwei is such a plague she appears in almost every mod preview pics and when you google cyberpunk 2077 arts her face will always come up IM SO FUCKING SICK OF HER

You're not alone boo.

**0** notes



**oldcyberpunk2077truth** Follow

Anonymous asked:

Not gonna lie, chief. Kind of sick seeing Zwei's OC on 90% of the mods I see posted to nexus. Kind of screams attention whore. Also really turns me away from using them. Which is sad, since I love the mod but I'm so sick of seeing her OC. I wonder how much she had to bribe those friends of her to be on the cover/main image and model those mods

Bruh I feel the same. Is like there is just her in the fandom to ask for take pics of the mods.





0 notes

**oldcyberpunk2077truth** Follow



> **Anonymous** asked:
>
> One of my biggest regrets in all my years of being in on-
> line communities was becoming friends with Zwei or any-
> one who actively defends her actions. Ultimately I feel ex-
> tremely foolish for ignoring gut feelings I had towards the
> beginning of my "friendship" with her. There are good
> folks I lost friendships with because I made the mistake of
> being associated with one of the most narcissistic human
> beings I've ever met in my life. Do something she didn't
> like? Subtweets, dms cleared, not necessarily unfriended
> but enough manipulation tactics to "scare" you into stay-
> ing loyal to her. "Delete my preset, mods, and NPV please.
> I don't feel comfortable with you having them anymore"
> after so much as making friends with someone who had
> the same ship or did something she thought way too
> much about and victimized herself in the process. It was
> all so ridiculous and I can't really understand why I stayed
> her "friend" for as long as I did. I think I was just lonely at
> the time; pandemic brainrot did that to a lot of folks. "I
> just want to be left alone and chill in my corner," she says
> as she goes around spreading rumors about folks and do-
> ing everything BUT block and ignore them. It is what it is,
> I've just become more vigilant and less trusting as a
> result.

I wish I could add something in your text but you said everything. She
uses people and most of them doesn't seem to notice it or if they do
they are to scared to get away from her because she's manipulative
and can spread rumors that aren't true and her 'followers' will credit
her.

# EXHIBIT 3



TrashStudVince
BANNED | 0 kudos

MANAGE

16 December 2023, 7:27AM

ⓘ Notice
This comment was hidden and reported to the moderation team on 18 December 2023, 1:56PM by **SilverEzredes**   DISPLAY THE COMMENT

can we stop promoting this zwei person on every mod on nexus. shes deadsss the most toxic modder in the entire cp community and manipulates, bullies and runs players out of the fandom. she's a massive narcissist and attention w***e and she tries to stomp out everyone who uses white hair or dares to ship their v with johnny. if your a modder watch out for her. she'll just try to get favors and then stab u in the back.

# EXHIBIT 4



ValerieSilverhand - Banned

By NexusSiteBot
April 30 in Formal Warnings, Bans and Takedowns

NexusSiteBot

STAFF

45.8K

Posted April 30

## Account Banned - ValerieSilverhand

ValerieSilverhand has been banned from Nexus Mods for violating our community rules.

### Reason

Multiple account abuse.
The user repeatedly attacked another user via alternate accounts, such as TrashStudVince and DawnJulio9403, even after receiving a Formal Warning due to the same harassment.

A report sent from a throwaway account:

"This user consistently harasses and bullies other users in the Nexus community. They accuse other modders of copying them with no evidence whatsoever and then reports them and has them banned. She often leaves accusatory harassing comments but then later deletes them. I can provide evidence of her most recent incident however she quickly deleted them. She attacked a user by the name of "Tzukihatukazo23" who has since been banned unfairly, most likely due to a report from "<username>" She used called the user "gross and disgusting" insinuating that they copied her character preset even though the preset is made from vanilla game assets. I truly think this user needs to be investigated, especially her comment history and potentially banned from Nexus for her behavior. I know it can't likely be considered in this case, but she also harasses users outside of Nexus on other platforms such as Discord and X."

### Reference

Below are links to where the infractions took place (where relevant). Some links may point to hidden, deleted or restricted content that can only be accessed by moderators.

- **https://moderation.nexusmods.com/cases/726127**
- **https://forums.nexusmods.com/topic/13483158-dawnjulio9403-banned/**
- **https://forums.nexusmods.com/topic/13483159-trashstudvince-banned/**
- **https://forums.nexusmods.com/topic/13468737-trashstudvince-formal-warning-issued/**
- **https://next.nexusmods.com/profile/Deleteaf22093563/User/about-me**

### Moderation History

Banned by AltheaB. This member received 0 formal warnings before they were banned.

# EXHIBIT 5

11:50

◄ TikTok

← Valerie Silverhand

word for "sex" WITHOUT someones consent.
This is using a REAL PERSON and she does not
care or respect this



11:18 PM · Sent

1 new message

Oh Jesus. I haven't even seen
these.  Yeah these are from the
account my husband made. Zwei
has been known to harass tons of
people, filing back charges on
PayPal against artists, getting
people banned from Discord for no
reason. I vented to my husband a
lot about her behavior and
probably said some of these things
myself. We gotta own it now. I just
wish they'd make her comments
public too because they were
super cruel and basically drove
someone out of the fandom.

11:49 PM

Start a message

# EXHIBIT 6



**pinkyjulien** Follow
May 3

Informative post about what's currently going on involving Nexus Mods, Valerie Silverhand, Zwei/Rockergirlfriend, and others

I'll try to keep this as unbiased as possible
Screenshots's source will stay anonym

Feel free to ignore the post or to share it
Most importantly, form your own opinions

▶ Links - Please read the post for context
imgur album on current event | Zwei past behavior 2022
| Valerie's added context (available in the replies)
| My own last conversation with Zwei

The post will link specific pictures from the linked imgur albums

─────────────────────────────────────

Last month, a Nexus User by the name AnciLove uploaded a V preset on Nexus Mods - now deleted

Nexus Mods :: Cyberpunk 2077
**Angie preset**
my character Angie

This preset share similarities with Zwei/Rockergirlfriend's V
Whenever this was a bait or not doesn't really matter*
(*see the 2022 album for why it doesn't matter)

Rockergirlfriend stepped in to call out the modder on their behavior
Followed by MeltingAngels multiple comments on their mods and
pictures

ValerieSilverhand decided to step in and report Rockergirlfriend's and
MeltingAngels's harassments to NexusMods, using a throw away
account

NexusMods are strictly against having multiple accounts; it backfired,
resulting in a ban of her main account and the report being made
public

ValerieSilverhand made a post on Twitter, sharing her stance against



@pinkyjulien /
⊕ pinkyjulien.tumblr.com

**Check these out**

mhbcaps
Sanctuary Zelenko fa...    Follow  ✖

cybersteal
preem gonk shit    Follow  ✖

dreamskug
DEMONS OF NIGHT...    Follow  ✖

wraithsoutlaws
a thing of beauty    Follow  ✖

Show more blogs

**More like this**

This might be the only occasion to talk about it,

I really, really hate the "Female V is canon" vs

It's been rotating in my head all morning and

I really, really hate the "Female V is canon" vs

A Tale of Two Mixes

It's been rotating in my head all morning and

ValerieSilverhand made a post on Twitter, sharing her stance against bullying

Multiple people are pointing out the public Nexus report, mentioning how Valerie herself was banned for harassment, which is technically false, the ban being for multiple accounts

Emmjay | Adshield | Lucent | BusyVampire | Sneaky

_____

Now for more context - Again, I will TRY to stay unbiased

I will start by sharing this imgur album, compiling posts from Idylla (@/IdillysSFW) who called out Zwei's behavior back in 2022

 **SnowCrowe_Renders**🔞 (a dull tart)

> I mean as far as my experience with Zewi goes. She made a comment on that post saying that she had me blocked on Twitter. I confronted her there in Instagram asking why. She got kind of embarrassed about it. but we talked here on Twitter and she said that she originally blocked me (without even talking to ME first) because she was sure I had copied her OC. Mainly just because I used the same ponytail that she had on her V at one point. Not the same color hair, eyes, or even a similar outfit. Just a ponytail.

Zwei has been harassing people, either actively or passively, for the past 3 years; multiple proofs exist of this despite the fact that Zwei has the habit of deleting her DMs with people

> ⚠ Biased information / Personal experience
> Zwei and I used to interact back in 2022 and she often vented in our DMs about people's oc looking "too similar" to her own V for her comfort, often going into their DMs to "confront" them about the "copying" - Again, I do not have proof of it, the DMs being wiped on both sides

Back on topic with the current drama
People who know the kind of person she is can be intimidated or scared of what she can do; even if the legal threats and laywers she use are fake, it can still affect someone's mental health greatly

Valerie Silverhand decided to create a throw away account to report Zwei's behavior to NexusMods, in the hope of staying anonymous

As mentioned in the begining of the post, it backfired
In NexusMods's moderators eyes, Valerie had 4 accounts, which is strictly against the rules

> In February 2024, Valerie created (and since deleted) an account to post this comment on one of BusyVampire mod
> BusyVampire reported the comment to Nexus

> In December 2023, her husband (who lives in the same house and share the same IP) posted this comment on one of Adshield mod

In February 2024, Valerie created (and since deleted) an account to
post this comment on one of BusyVampire mod
BusyVampire reported the comment to Nexus

In December 2023, her husband (who lives in the same house and
share the same IP) posted this comment on one of Adshield mod
Adshield reported the comment to Nexus

I haven't found anything tied to the DawnJulio9403 account

NexusMods's Moderators, looking at Valerie's IP already being tied to
two reported comments, banned her account(s) under the Multiple
Accounts Abuse rule

_____

I am not involved in this situation but I choose to speak up about it, to
write this post, for multiple reasons

The main reason being to educate/make people aware of Zwei's
behavior before they choose to support her/side ""with her""
What is happening to Valerie Silverhand, this harassment from Zwei
and her friends, isn't fair

It's easy to follow the loud crowd, especially when they are modders,
virtual photographers that people look up to

But it's important to form your own opinion; and for that, it's
necessary to know the full picture, to understand why something
happened the way it did

We are all humans and we ALL make mistakes

I fully understand how frustrating it is to see someone, who did so
much wrong to so many people, being praised, but creating side
accounts to leave hateful comments on content you don't like isn't the
way to go; use the block button, it's here to help you curate your space

Feeling icked or triggered by someone's OC doesn't give you any right
to "claim" a look either; you can NOT harass people because their OC
look "too similar" for your own comfort. Nobody owns vanilla CC
options, nobody owns makeup or hair colors, and nobody other than
Mike Pondsmith himself owns the terms "Rockerboy" and "Rockergirl";
once again, use the block button, curate your space


Despite my own stance and opinion on the matter, I'm not here to tell
you who to """believe""" / """support""" / whatever, take everything
you see from anyone with a grain of salt

I simply hope this post can help those who are confused right now in
what's going on, and to help y'all to form YOUR own opinion with all
the informations I have available on the current situation (and I do not
know/have access to everything either)

#cyberpunk 2077   #fandom drama   #fandom wank   #long post

    

X Close notes

 20    6    42

# EXHIBIT 7

← **Post**                                    [ Reply ]  ⇄

✨CyberVesna✨Kurt Hansen's Personal Assistant⸞ @Vesn4_ · Jun 13   ···
Sorry, no one has respect for the serial abuser of the people in the
community. She had no respect for me and my privacy as well as many
others. I'm not gonna care for hers cuz she doesn't deserve one 😬 Respect
is earned, not a default feature 🧍

　♡ 2　　　⇄ 4　　　♡ 13　　　⎍⎍ 673　　　🔖　⬆

✨CyberVesna✨Kurt Hansen's Personal Assistant⸞ @Vesn4_ · Jun 13   ···
And with that being said, every one can do copy of her character, take
pictures of it, and release them publicly. First of all like I said she doesn't
own shit and it's vanilla assets so good luck suing anyone. +

　♡ 1　　　⇄　　　♡ 6　　　⎍⎍ 442　　　🔖　⬆

✨CyberVesna✨Kurt Hansen's Personal Assistant⸞ @Vesn4_ · Jun 13   ···
Second of all, it's all just consequences of her own actions 😬😬😬

　♡　　　⇄　　　♡ 6　　　⎍⎍ 410　　　🔖　⬆

This Post was deleted by the Post author. Learn more

✨CyberVesna✨Kurt Hansen's Personal Assistant⸞ @Vesn4_ · Jun 14   ···
Bruh, Zwei destroyed my relationship. I don't need her drama with Holo to
pick a side. There's only one me and it's what's right. She hurted me
personally, destroyed my mental health, and spreaded lies about me. This
shit is not about petty pixels for me. I'm not gonna be sorry.

　♡ 1　　　⇄ 1　　　♡ 6　　　⎍⎍ 415　　　🔖　⬆

✨CyberVesna✨Kurt Hansen's Personal Assistant⸞ @Vesn4_ · Jun 14   ···
Of you have problem with me openly saying that what she does is wrong,
you as well should have a problem with Zwei being serial abuser to so many
people within the community. I'm sorry but if 3/4 of the fandom hate your
guts, there must be reason for it.

　♡ 2　　　⇄　　　♡ 6　　　⎍⎍ 384　　　🔖　⬆

✨CyberVesna✨Kurt Hansen's Personal Assistant⸞ @Vesn4_ · Jun 14   ···
Especially if said person makes people who hate each other agree that
she's terrible human being. That's a lot. Like, for real.

　♡ 2　　　⇄　　　♡ 5　　　⎍⎍ 444　　　🔖　⬆

✨CyberVesna✨Kurt Hansen's Personal Assistant⸞ @Vesn4_ · Jun 14   ···
And yes, I'm in my hater era, because I'm tired of being scared of her. She
took to much from me, and I have the right to take some of it back.

　♡ 1　　　⇄　　　♡ 8　　　⎍⎍ 457　　　🔖　⬆

# EXHIBIT 8

✨CyberVesna✨Kurt Hansen's Personal Assistant✨ @Vesn4_ · Jul 2 · · ·
One of the best is a stretch if she can't do it herself, lol. Credit for "her" poses should go to xBae or anyone else who "helped" because they do the heavy lifting.

💬 1          ⟲          ♡ 4          ᵢₗᵢ 41          🔖  ⬆️

Faith Valerie Shepard / Nightsong VP ⟩ @nightsong_vp · Jul 2          · · ·
For me as an absolute noob on everything, everybody who can upload a simple file to nexus is a modder for me that I have respect for  xD BUT I've read that claim a lot and believe it!  Just wanted ya'll to know that I decided to block her off of my account.

💬 2          ⟲          ♡ 3          ᵢₗᵢ 43          🔖  ⬆️

Faith Valerie Shepard / Nightsong VP ⟩ @nightsong_vp · Jul 2          · · ·
I usually don't do things like this BUT after all the shitty screenshots of dms and convos I saw, it really triggered me and I am sure she is narcisstic and I don't want to have to do something with people like that, simple as that. I am not mean but I want to leave in peace

💬 1          ⟲          ♡ 2          ᵢₗᵢ 36          🔖  ⬆️

Faith Valerie Shepard / Nightsong VP ⟩ @nightsong_vp · Jul 2          · · ·
*live of course lol
And also I fully stand with the victims and I don't want somebody on my page get triggered by her appearance

💬 1          ⟲          ♡ 2          ᵢₗᵢ 54          🔖  ⬆️

✨CyberVesna✨Kurt Hansen's Personal Assistant✨
@Vesn4_          · · ·

I absolutely understand. I just wanted to clarify that she is no master at posing or any kind of modding.

11:26 PM · Jul 2, 2024 · 58 Views

💬 1          ⟲          ♡ 4          🔖          ⬆️

# EXHIBIT 9



**8700 Beverly Boulevard, Suite 2901**
**Health Information Department**
**Los Angeles, CA 90048**

**Send to:**                                                                    **8/20/24**

███████████████████████

RE:    Records of Ms. ████████
        MRN#: ████████████

Subject:  Records Attached

Dear ████████████████████

Enclosed are copies of medical records, pursuant to your request.

If you have any questions regarding the above, please contact Release of Information.

Sincerely,

LA TASHA JOHNSON
Release of Information Specialist
Health Information Department, Suite 2901
Direct Line: (310) 423-2259

Enclosure:  Medical Record Copies



**CEDARS-SINAI**

|| Urgent ||

# AUTHORIZATION FOR USE OR DISCLOSURE OF HEALTH INFORMATION

*Failure to provide all information may invalidate this authorization*

Authorization for:  Copies of Medical Record    ☑ Paper    ☑ Electronic    ☐ Other
                    ☐ Inspect or Review Medical Record

| **Patient Information** | Patient Name: ▉ ▉ | MRN: ▉ |
|---|---|---|
| | (Last Name)        (First Name) | |
| | Date of Birth: ▉ | Phone: ▉ |
| | Address: ▉ | |
| | City: ▉ | State: ▉ | Zip: ▉ |

| **Release To Request From** | **I authorize Cedars-Sinai to Release / Request Medical Records** | **Purpose** | **For the following:** |
|---|---|---|---|
| | **Release To:** ☑ | | ___ Continuing Care |
| | **Request From:** ☐ | | ___ Insurance |
| | Person / Organization: ▉ | | ✓ Legal |
| | Address: ▉ | | ___ Personal Use |
| | City / State / Zip: ▉ | | ___ Other: _____ |
| | Phone: ▉    Fax: _____ | | |

| **Information to Release** | Treatment Dates: 7/4/24-7/5/24 | **Fees** | **Based on California Evidence Code Sections 1560-1567 Fees may be charged for medical record copies.** |
|---|---|---|---|
| | ✓ History and Physical Report    ✓ Discharge Summary | | |
| | ✓ Emergency Record    ✓ Operative Report | | |
| | ✓ Billing Record    ✓ Laboratory Report | | |
| | ___ EKG/ECHO    ___ Pathology Report | | |
| | ___ Radiology Report    ✓ Consultation Report | | |
| | ___ Xray Film / Images CD | | |
| | ✓ Other (*Please Specify*) _Incident Report_ | | |
| | ✓ Outpatient / Clinic Record - Clinic / Provider Name: | | |
| | | | |
| | State / Federal Laws require specific authorization to release the following types of information: | | |
| | ✓ Mental Health    ___ HIV test results | | |
| | ___ Alcohol / Drug Abuse | | |
| | A separate authorization is required for psychotherapy notes. | | |

**Health Information Management Department**
**8700 Beverly Blvd., Room 2901, Los Angeles, CA 90048**
**Email: GroupHIDInternetInquiries@cshs.org**
**Phone 310-423-2259 • Fax: 310-423-0113**

Form No. 2034 (Rev. 6/5/15) Front

| | |
|---|---|
| **Delivery Instructions** | ☐ Mail records directly to person or organization specified<br>☐ Call Requestor when records are ready for pick up<br>I authorize _____ to pick up my medical record copies.<br>Relationship to patient: _____<br>☑ My CS-Link (Patient Portal)<br>☑ E-mail: ███████████████<br>☐ Other: _____ |
| **Notice of Rights** | I understand that:<br>1. If I refuse to sign this authorization my refusal will not affect my ability to obtain treatment.<br>2. I may inspect or obtain a copy of the health information that I am being asked to allow the use or disclosure of.<br>3. I may revoke this authorization at any time in writing, <u>signed by me or on my behalf and delivered to</u> **Cedars-Sinai Medical Center, Health Information Department, 8700 Beverly Blvd., Room 2901, Los Angeles, CA 90048.**<br>4. If I revoke this authorization, the revocation will not have any effect on any actions taken prior to receiving the revocation.<br>5. I have a right to receive a copy of this authorization.<br>6. Information disclosed pursuant to this authorization could be re-disclosed by the recipient and may no longer be protected by federal confidentiality law (HIPAA). However, California law prohibits the person receiving my health information from making further disclosure of it unless another authorization for such disclosure is obtained from me or unless such disclosure is specifically required or permitted by law.<br>7. If this ☐ is checked, the Requestor will receive compensation for the use or disclosure of my information. |
| **Expiration** | Without my written revocation, this authorization will automatically expire upon satisfaction of the need for disclosure, but in any event will expire 180 days from the date hereof, unless otherwise specified: _____ |
| **Signature** | Signature: _____  Date: 8/20/24<br>*(Patient, Power of Attorney for Healthcare or Legal Representative)*<br>Legal Representative Relationship: _____ |

**Health Information Management Department**
**8700 Beverly Blvd., Room 2901, Los Angeles, CA 90048**
**Email: GroupHIDInternetInquiries@cshs.org**
**Phone 310-423-2259 • Fax: 310-423-0113**

Form No. 2034  (Rev. 6/5/15)  Back



MRN: ▇▇▇▇▇▇ DOB: ▇▇▇▇▇ Legal Sex: F
Adm: 7/4/2024, D/C: 7/5/2024

---

### 07/04/2024 - ED in Marina Del Rey Emergency Department

**ED Provider Note**

ED Provider Notes by McMahon, Kathleen Ann, DO at 7/4/2024 2214



**DEPARTMENT OF EMERGENCY MEDICINE**

| TREATMENT RECORD |
|---|

Patient Name: ▇▇▇▇▇▇
MRN: ▇▇▇▇▇▇
Author of note: Kathleen Ann McMahon, DO
Date of Service: 7/4/2024

## CHIEF COMPLAINT

**Chief Complaint**
Patient presents with

- Suicidal
  *BIBA from home boyfriend called 911 after she took 4 25 mg of personal rx of Atarax 25mg ( bottle present) x 30 minutes ago. Third suicide attempt ( last one October 2023) Patient lethargic but responsive. Alert and oriented x 4. Speaking in full sentences . Dr McMahon at bedside.*

## HISTORY OF PRESENT ILLNESS

Patient is a ▨▨▨▨▨▨ with past medical history significant for ADHD and depression presenting for evaluation after an intentional overdose as a suicide attempt. Took "4-5" 25 mg Atarax tablets that she is prescribed to try to end her life. Denies alcohol, cigarette, marijuana, or other illicit or prescription drug use today. Patient is uncooperative with further history stating that she just wants to sleep and does not want to answer any of my further questions. When asked if she gets pain she says "I do not know" and answers this in response to other review of systems questions. Further history and review of systems limited for this reason.

**History of Present Illness:**
The history is provided by the patient. Mode of travel to ED: ambulance.

**History**
## REVIEW OF SYSTEMS
Review of Systems
Unable to perform ROS: Psychiatric disorder

## PAST HISTORY
**Past Medical History:**



MRN: [redacted], DOB: [redacted] Legal Sex: F
Adm: 7/4/2024, D/C: 7/5/2024

## 07/04/2024 - ED in Marina Del Rey Emergency Department (continued)

**ED Provider Note (continued)**

| Diagnosis | Date |
|---|---|
| • ADHD | |
| • Depression | |
| • Generalized anxiety disorder | |
| • History of abnormal cervical Pap smear | |
| *HPV+, cryo per patient, colposcopies* | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • [redacted] | | |

**Social History**

Tobacco Use
| | |
|---|---|
| • Smoking status: | Never |
| • Smokeless tobacco: | Never |

Vaping Use
| | |
|---|---|
| • Vaping Use: | Never used |

Substance and Sexual Activity
| | |
|---|---|
| • Alcohol use: | Yes |
| • Drug use: | Yes |
|     Types: | Marijuana |
|     *Comment: occ* | |
| • Sexual activity: | Yes |
|     Partners: | Male |
|     Birth control/protection: | OCP |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Ovarian Cancer | Neg Hx | |
| • Breast Cancer | Neg Hx | |
| • Uterine Cancer | Neg Hx | |

## MEDICATION HISTORY

**Allergies**

| Allergen | Reactions |
|---|---|
| • Penicillins | Anaphylaxis |

Cannot display prior to admission medications because the patient has not been admitted in this contact.

**Physical Exam**

## PHYSICAL EXAM

**ED VITALS:**

Vitals:
| | 07/05/24 0000 | 07/05/24 0103 | 07/05/24 0200 | 07/05/24 0400 |
|---|---|---|---|---|
| BP: | 110/77 | 104/72 | 99/72 | 115/90 |
| Pulse: | 61 | 58 | 63 | 64 |
| Resp: | 18 | 17 | 20 | 12 |
| Temp: | | | | |

**Cedars Sinai**

MRN: ████████, DOB: ████████, Legal Sex: F
Adm: 7/4/2024, D/C: 7/5/2024

## 07/04/2024 - ED in Marina Del Rey Emergency Department (continued)

**ED Provider Note (continued)**

```
TempSrc:
SpO2:        96%          97%          97%          97%
Height:
```

**Physical Exam**

Vitals and nursing note reviewed.

Constitutional:
  General: She is not in acute distress.
  Appearance: She is not toxic-appearing.
HENT:
  Head: Normocephalic and atraumatic.
  Nose: Nose normal.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
Eyes:
  General: No scleral icterus.
  Conjunctiva/sclera: Conjunctivae normal.
Cardiovascular:
  Rate and Rhythm: Normal rate.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
Abdominal:
  General: There is no distension.
Musculoskeletal:
  General: No deformity.
  Comments: **No tremors, no deformity**
Skin:
  General: Skin is warm and dry.
Neurological:
  Mental Status: She is alert.
  Comments: **Drowsy but answers questions appropriately and follows commands, pupils midrange**
Psychiatric:
  Comments: **dysphoric**

**Results**

**LABORATORY:**

**Lab Results:**

Admission on 07/04/2024, Discharged on 07/05/2024

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • White Blood Count | 07/04/2024 | 7.51 | 4.5 - 11.0 10 3/uL | Final |
| • Red Blood Count | 07/04/2024 | 4.49 | 4.2 - 5.2 10 6/uL | Final |
| • Hemoglobin | 07/04/2024 | 13.0 | 12.0 - 15.5 g/dL | Final |
| • Hematocrit | 07/04/2024 | 40.0 | 37 - 47 % | Final |
| • Mean Corpuscular Volume | 07/04/2024 | 89.1 | 78 - 97 fl | Final |
| • Mean Corpuscular Hemoglobin | 07/04/2024 | 29.0 | 28 - 32 pg | Final |



MRN: [REDACTED]    DOB: [REDACTED]    Legal Sex: F
Adm: 7/4/2024, D/C: 7/5/2024

## 07/04/2024 - ED in Marina Del Rey Emergency Department (continued)

**ED Provider Note (continued)**

| | | | | |
|---|---|---|---|---|
| • Mean Corpuscular Hgb Conc | 07/04/2024 | 32.5 (Low) | 33 - 37 % | Final |
| • RBC Distribution Width | 07/04/2024 | 13.2 | 11.6 - 14.6 % | Final |
| • Platelet Count | 07/04/2024 | 177 | 150 - 500 x1000/uL | Final |
| • Mean Platelet Volume | 07/04/2024 | 11.9 (High) | 7.4 - 10.4 fl | Final |
| • NRBC, Auto | 07/04/2024 | 0.0 | 0 - 0 % | Final |
| • Sodium | 07/04/2024 | 137 | 137 - 145 mmol/L | Final |
| • Potassium | 07/04/2024 | 3.5 | 3.5 - 4.9 mmol/L | Final |
| • Chloride | 07/04/2024 | 102 | 98 - 107 mmol/L | Final |
| • Total Co2 | 07/04/2024 | 26 | 22 - 30 mmol/L | Final |
| • Anion Gap | 07/04/2024 | 13 | 8 - 18 mmol/L | Final |
| • Glucose Random | 07/04/2024 | 138 (High) | 65 - 110 mg/dL | Final |
| • Calculated Osmolality | 07/04/2024 | 294 | 278 - 305 mOsm/kg | Final |
| • Calcium | 07/04/2024 | 9.1 | 8.6 - 10.3 mg/dL | Final |
| • Bun | 07/04/2024 | 18 (High) | 7 - 17 mg/dL | Final |
| • Creatinine | 07/04/2024 | 0.70 | 0.52 - 1.04 mg/dL | Final |
| • Bun/Creatinine Ratio | 07/04/2024 | 26 | | Final |
| • Estimated GFR | 07/04/2024 | > 60 | >60 | Final |
| • Total Protein | 07/04/2024 | 7.1 | 6.3 - 8.2 g/dL | Final |
| • Albumin | 07/04/2024 | 4.1 | 3.5 - 5.0 g/dL | Final |
| • Globulin | 07/04/2024 | 3.0 | 2.4 - 3.5 G/dL | Final |
| • A/G Ratio | 07/04/2024 | 1.4 | 1.0 - 2.0 | Final |
| • Total Bilirubin | 07/04/2024 | 1.0 | 0.2 - 1.3 mg/dL | Final |
| • Alkaline Phosphatase | 07/04/2024 | 43 | 38 - 126 IU/L | Final |
| • Alanine Aminotransferase | 07/04/2024 | 21 | <35 U/L | Final |
| • Aspartate Aminotransferase | 07/04/2024 | 27 | 15 - 46 U/L | Final |
| • Alcohol Serum | 07/04/2024 | < 10 | <10 mg/dL | Final |
| • Acetaminophen | 07/04/2024 | < 10 (Low) | 10 - 30 ug/mL | Final |
| • Salicylate | 07/04/2024 | < 1 | <20 mg/dL | Final |
| • Urine Pregnancy | 07/04/2024 | Negative | | Final |
| • VENTRICULAR RATE | 07/04/2024 | 63 | BPM | Final |
| • ATRIAL RATE | 07/04/2024 | 63 | BPM | Final |
| • P-R INTERVAL | 07/04/2024 | 110 | ms | Final |
| • QRS DURATION | 07/04/2024 | 84 | ms | Final |
| • QT | 07/04/2024 | 430 | ms | Final |
| • QTC | 07/04/2024 | 440 | ms | Final |
| • P AXIS | 07/04/2024 | 70 | degrees | Final |
| • R AXIS | 07/04/2024 | 37 | degrees | Final |
| • T AXIS | 07/04/2024 | 70 | degrees | Final |
| • SARS-CoV-2, RNA, Rapid | 07/04/2024 | Negative | Negative | Final |
| • Amphetamines | 07/04/2024 | Positive (Abnormal) | Negative | Final |
| • Barbiturates urine | 07/04/2024 | Negative | Negative | Final |
| • Benzodiazepines | 07/04/2024 | Negative | Negative | Final |
| • Cocaine Ur | 07/04/2024 | Negative | Negative | Final |
| • Methamphetamine Screen, | 07/04/2024 | Negative | Negative | Final |

**Cedars Sinai**

MRN: ███████  DOB: ███████  Legal Sex: F
Adm: 7/4/2024, D/C: 7/5/2024

---

### 07/04/2024 - ED in Marina Del Rey Emergency Department (continued)

**ED Provider Note (continued)**

Urine

| | | | | |
|---|---|---|---|---|
| • Methadone Screen, Urine | 07/04/2024 | Negative | Negative | Final |
| • Opiates, Urine | 07/04/2024 | Negative | Negative | Final |
| • Oxycodone Screen, Urine | 07/04/2024 | Negative | Negative | Final |
| • PCP, Urine | 07/04/2024 | Negative | Negative | Final |
| • Tricyclics | 07/04/2024 | Negative | Negative | Final |
| • Tetrahydroxy Cannabinol (THC) | 07/04/2024 | Positive (Abnormal) | Negative | Final |
| • Fentanyl Screen, Urine | 07/04/2024 | Preliminary Negative | Negative | Final |

---

## ED COURSE

**ED Non Lab Orders** (From admission, onward)

| Start | Ordered | | Status | Ordering Provider |
|---|---|---|---|---|
| 07/04/24 2230 | 07/04/24 2230 | **Suicide Precautions** CONTINUOUS | Acknowledged | MCMAHON, KATHLEEN ANN |
| 07/04/24 2230 | 07/04/24 2230 | **Patient Search for Suspected Contraband** ONE TIME | Acknowledged | MCMAHON, KATHLEEN ANN |
| 07/04/24 2230 | 07/04/24 2230 | **Sitter Request** CONTINUOUS | Acknowledged | MCMAHON, KATHLEEN ANN |
| 07/04/24 2230 | 07/04/24 2230 | **Consult to Social Work** ONE TIME Provider: (Not yet assigned) | Acknowledged | MCMAHON, KATHLEEN ANN |
| 07/04/24 2223 | 07/04/24 2222 | **Initiate Cardiac Monitoring** UNTIL DISCONTINUED | Acknowledged | MCMAHON, KATHLEEN ANN |
| 07/04/24 2223 | 07/04/24 2222 | **Pulse Oximetry** ONE TIME | Completed by BELL, TEMA on 7/4/2024 at 10:25 PM | MCMAHON, KATHLEEN ANN |
| 07/04/24 2216 | 07/04/24 2215 | **EKG 12 Lead** ONE TIME | Final result | MCMAHON, KATHLEEN ANN |
| 07/04/24 2216 | 07/04/24 2215 | **Insert IV Catheter, Saline Lock** UNTIL DISCONTINUED | Acknowledged | MCMAHON, KATHLEEN ANN |
| 07/04/24 2215 | 07/04/24 2215 | **ED Potential Admission** UNTIL DISCONTINUED | Acknowledged | MCMAHON, KATHLEEN ANN |

**ED Medication Administration from 07/04/2024 2213 to 07/05/2024 0557**

| Date/Time | Order | Dose | Route | Action | Comments |
|---|---|---|---|---|---|
| 07/04/2024 2334 PDT | **0.9% NaCl IV bolus 1,000 mL** | 0 mL | IV Infusion | IV Stop | -- |



MRN: ▮▮▮▮▮▮ DOB: ▮▮▮▮▮ Legal Sex: F
Adm: 7/4/2024, D/C: 7/5/2024

## 07/04/2024 - ED in Marina Del Rey Emergency Department (continued)

**ED Provider Note (continued)**

| 07/04/2024 2233 PDT | 0.9% NaCl IV bolus 1,000 mL | 1,000 mL | IV Infusion | New Bag/Syringe /Cartridge | -- |
|---|---|---|---|---|---|

## ECG Results

### EKG 12 LEAD (Final result)

| Collection Time | Result Time | VENTRICULAR RATE | ATRIAL RATE | P-R INTERVAL | QRS DURATION | QT | QTC | P AXIS | R AXIS | T AXIS |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/04/24 22:24:18 | 07/04/24 22:36:11 | 63 | 63 | 110 | 84 | 430 | 440 | 70 | 37 | 70 |

**Final result**

**Narrative:**
  Sinus rhythm with short PR
  Low voltage QRS, consider pulmonary disease, pericardial effusion, or normal variant
  Nonspecific ST abnormality
  Abnormal ECG

  EKG reviewed, interpreted, and electronically signed by me McMahon, Kathleen (9485)
  on 7/4/2024 10:36:09 PM

## MEDICAL DECISION MAKING:
 Serial exams and reassessments were performed during the patient's ED course.
 Vital signs and nursing notes, including patient history in the notes were reviewed. The
patient/family was updated and educated on ED test results, the diagnostic impression,
and plan of care.

**ED Course:**

7/4/2024 10:15 PM Patient was seen and evaluated at bedside. EKG, medications, and

**Cedars Sinai**

MRN: ████████ DOB: ████████ Legal Sex: F
Adm: 7/4/2024, D/C: 7/5/2024

## 07/04/2024 - ED in Marina Del Rey Emergency Department (continued)

**ED Provider Note (continued)**

labs ordered. Will continue to monitor.

7/4/2024 10:54 PM Patient placed on a 5150 by police for suicidal ideation.

7/5/2024 2:20 AM Patient accepted to Las Encinas Hospital to Dr. Alikhan.

7/5/2024 2:45 AM Updated patient with test results, diagnosis, and plan to transfer. Patient agrees with plan.

**Diagnostic Tests Reviewed:** I have independently reviewed and addressed all orders for this patient encounter, as noted above.

**Chart Review:**
*Review of External Notes:* I have reviewed external records listed below:
- chart review of progress notes
- clinic notes
- discharge summaries
- specialist notes
- EMS records
- care everywhere access

**Medical Decision Making:**
Ddx includes but is not limited to intentional OD as suicide attempt on appx 100-150 mg atarax. Workup has been ordered as indicated to further narrow ddx and to determine an appropriate course of treatment and ultimate disposition. Patient notified of initial plan and will be updated with any significant changes.

Patient presents with overdose on Atarax just above the upper limit of the therapeutic dose for some condition. Patient drowsy but easily arousable and conversant. Denies coingestants. Workup as above. Will monitor on telemetry and reassess frequently stability of clinical course. After 6 to 8 hours of observation or if patient's symptoms dramatically improved we will be able to clear for PET evaluation. Does not have any toxidrome on examination including anticholinergic, opioids, cholinergic, stimulant or others. 1799 placed given reported suicide attempt at the patient admits to.

**Scribe Attestation:**
7/4/2024 11:05 PM By signing my name below, I, Annika Myers, attest that this documentation has been prepared under the direction and in the presence of Kathleen McMahon, DO. Electronically Signed: Annika Myers, Scribe.

**Provider Attestation:**
7/4/2024 11:05 PM I, Kathleen McMahon, personally performed the services described in this documentation. All medical record entries made by the scribe were at my direction and in my presence. I have reviewed the chart and discharge instructions (if applicable) and agree that the record reflects my personal performance and is accurate and complete. Kathleen McMahon, DO. (Time stamp may not reflect the time the patient was seen)

## DIAGNOSIS

**Cedars Sinai**

MRN: ▓▓▓▓▓▓, DOB: ▓▓▓▓▓ Legal Sex: F
Adm: 7/4/2024, D/C: 7/5/2024

## 07/04/2024 - ED in Marina Del Rey Emergency Department (continued)

**ED Provider Note (continued)**

**Diagnoses**

| | Comments |
|---|---|
| **Intentional overdose, initial encounter (HCC)** - Primary<br>Suicide attempt (HCC) | |

### DISPOSITION

Transferred To Another Acute Care Facility

Electronically signed by McMahon, Kathleen Ann, DO at 07/05/24 0557



P.O. Box 48954
Los Angeles, CA 90048-0954

**ITEMIZED ACCOUNT DETAIL**
**Date: 08/20/2024**

## ACCOUNT INFORMATION

Patient Name:
Account Number:

Dates of Service: 07/04/24 - 07/05/24
Primary Insurance: BLUE SHIELD
Secondary Insurance: None
MARINA DEL REY HOSPITAL



## Itemized Account Detail for

| Account Detail | Guarantor Information | Provider for Visit |
|---|---|---|
| **Account Number** | **Guarantor Name** | **Attending Provider** |
| | | Mcmahon, Kathleen Ann |
| **Account Class** | **Guarantor Number** | **Referring Provider** |
| Emergency | | None |
| **Current Account Balance** | **Guarantor Type** | **Billing Provider** |
| $1,581.65 | Personal/Family | None |

## Hospital Charges

| Date | Rev | CPT/HCPCS | Description | QTY | Amount |
|---|---|---|---|---|---|
| 07/04/24 | 0258 | J7030 | HB IV SOLUTION - HYDRATION | 1 | 0.01 |
| 07/04/24 | 0301 | 80053 | HB LAB COMP METABOLIC PANEL | 1 | 591.63 |
| 07/04/24 | 0301 | 80307 | HB DRUG SCREEN CLASS LIST A | 1 | 591.93 |
| 07/04/24 | 0301 | 81025 | HB LAB URINE PREGNANCY TEST | 1 | 138.70 |
| 07/04/24 | 0301 | G0480 | HB ACETAMINOPHEN | 1 | 747.72 |
| 07/04/24 | 0301 | G0480 | HB LAB ETHANOL QUAN  SC | 1 | 747.72 |
| 07/04/24 | 0301 | G0480 | HB LAB SALICYL QN SE SC | 1 | 556.07 |
| 07/04/24 | 0305 | 85027 | HB LAB CBC HEMOGRAM W/PLT | 1 | 193.37 |
| 07/04/24 | 0306 | U0002 | HB COVID-19 NUCLEIC ACID AMP TEST | 1 | 400.00 |
| 07/04/24 | 0450 | 96360 | HB IV INFUS HYDRATION 31-60 MIN | 1 | 582.57 |
| 07/04/24 | 0450 | 99285 | HB ED FACILITY LEVEL 5 W/PROC | 1 | 4,671.47 |
| 07/04/24 | 0730 | 93005 | HB ROUTINE ECG | 1 | 678.21 |
| **Total hospital charges:** | | | | | **9,899.40** |

## Hospital Payments and Adjustments

| Date | Description | Amount |
|---|---|---|
| 07/22/24 | Blue Shield Payments | 0.00 |
| 08/16/24 | Blue Shield Adjustments | -8,317.75 |
| **Total hospital payments and adjustments:** | | **-8,317.75** |

### Current Account Balance:                                          $1,581.65

This detail bill reflects charges, payments, adjustments and balances on this account as of the date this detail bill was printed.

If you have any questions, please call us at (866) 803-1777 to speak with a Financial Care Specialist.  Please refer to the account number for all inquiries and correspondence.

Account Number: 

# EXHIBIT 10



← Post

**vanta** @netripperVP · 23m   ···
like ok. i'm glad nobody actually did anything to themselves. but r we gonna
just forget about this (now deleted) tweet and move on like nothing ever
happened when the implications here were SUPER BAD??? (6/17/24)

> 📌 Pinned
>
> **Rev** @RevsPhotomode · 2h   ···
> Something was taken from me last night, that I
> will never get back. It was taken from me by this
> mob you call a community. Those of you
> involved know who you are, and you did this to
> me. I will not be returning to VP, and this
> account will remain here as an archive of my
> journey.
>
> 💬    ↻    ♡ 4    ᴵ|ᴵ 190    🔖   ⬆️

💬 2    ↻    ♡ 2    ᴵ|ᴵ 17    🔖   ⬆️

**vanta** @netripperVP · 21m   ···
again glad everybody's ok but i'm like. speechless

💬 1    ↻    ♡ 1    ᴵ|ᴵ 15    🔖   ⬆️

**vanta**
@netripperVP

maybe it's just me but i don't think u can just come back to a community
after going dark for months and leaving with the distinct impression that
something really bad happened and that it was the community's fault

8:47 PM · Aug 23, 2024 · **13** Views

💬    ↻    ♡ 1    🔖    ⬆️

↻    ♡ 4    ᴵ|ᴵ 190    🔖   ⬆️

💬 2    ↻    ♡ 2    ᴵ|ᴵ 17    🔖   ⬆️

**HERA**   ···
@Heruhhh_

Lol nobody forget. They just think theyre fooling people. Crazy.

8:46 PM · Aug 23, 2024 · **9** Views

💬    ↻    ♡ 1    🔖    ⬆️

← Post

**vanta**   ···
@netripperVP

anyway that's about all I'll say ab them 2. glad she's ok but goddamn bro.
could've deleted the "you guys took my gf from me" tweet the second u
knew she was ok and Not cast that dark cloud over the community for so
long

9:07 PM · Aug 23, 2024 · **17** Views

💬    ↻    ♡ 4    ᴵ|ᴵ 190    🔖   ⬆️

💬 3    ↻    ♡ 6    ᴵ|ᴵ 154    🔖   ⬆️

✨CyberVesna✨Kurt Hansen's Personal Assistant✨   ···
@Vesn4_

Pathetic.

10:12 PM · Aug 23, 2024 · **19** Views

💬    ↻    ♡ 1    🔖    ⬆️

Post

✨CyberVesna✨Kurt Hansen's Personal Assistant✨ @Vesn4_ · 5h    ···
When I think people in this community already reached the rock bottom they always prove me wrong 😵 Truly an achievement.

💬 6        🔁        ♡ 18        ᕯ 962        🔖    ⬆️

queen zwei @truerockergirl · 3h    ···
And her "left the community" sucker seems back too

💬 1        🔁        ♡ 1        ᕯ 102        🔖    ⬆️

Faith Valerie Shepard 🐚🌈☥💚🦋 @nightsong_vp · 2h    ···
Oh yeah he deleted his last post like if we could ever forget that!! ^^

💬 1        🔁        ♡ 1        ᕯ 46        🔖    ⬆️

queen zwei @truerockergirl · 2h    ···
Pathetic cuckold

💬 1        🔁        ♡ 1        ᕯ 51        🔖    ⬆️

Faith Valerie Shepard 🐚🌈☥💚🦋 @nightsong_vp · 2h    ···
Faking suicide is really really the lowest thing somebody could do. There's no coming back from that.

💬 1        🔁        ♡ 1        ᕯ 37        🔖    ⬆️

queen zwei @truerockergirl · 2h    ···
He tried to do suicide? Lol

💬 1        🔁        ♡        ᕯ 50        🔖    ⬆️

Faith Valerie Shepard 🐚🌈☥💚🦋 @nightsong_vp · 2h    ···
No I meant what he said and the whole thing

💬 1        🔁        ♡        ᕯ 41        🔖    ⬆️

queen zwei @truerockergirl · 2h    ···
They both fucked up

💬 1        🔁        ♡ 1        ᕯ 49        🔖    ⬆️

Faith Valerie Shepard 🐚🌈☥💚🦋    ···
@nightsong_vp

Oh yes ^^

2:13 PM · Aug 23, 2024 · 21 Views

💬        🔁        ♡        🔖        ⬆️

# EXHIBIT 11



**Steven T. Lowe, Esq.**
**Managing Partner**
steven@lowelaw.com
8383 Wilshire Blvd, Suite 1038
Beverly Hills, California 90211
(310) 477-5811

December 18, 2024

<u>**Via Electronic Mail**</u>
**Leilani Joy Gacutan**
leilani@leilanijoy.com
Rohnert Park, California

**Brian Matyas**
Rohnert Park, California

<u>***Re: Defamation, Civil Harassment, Intentional Infliction of Emotional Distress (Unfiled)***</u>

Dear Ms. Gacutan and Mr. Matyas:

This firm represents Jane Doe, known by her online alias as Zwei, ("Ms. Doe" or "Zwei") with respect to her claims against you and others (collectively, "Defendants") for defamation, civil harassment, and intentional infliction of emotional distress arising out of the targeted harassment against Ms. Doe on social media platforms. I have attached a copy of the Summons and Complaint that we intend to file forthwith unless we are able to reach an informal resolution in short order.

**STATEMENT OF FACTS**

Ms. Doe has been an active and well-respected member of the "Cyberpunk 2077" community since its release in 2020. Through her aliases ("Zwei", "therockergf", "rockergirlfriend"), Ms. Doe has established a popularity within the community with her video game modifications ("mods") including her "pose mods" which is perhaps what she is most well-known for. She has managed to monetize what started out as a hobby by uploading her mods to *NexusMods.com*.

In 2022, Ms. Doe posted a Tweet on *X.com* ("X") asking people to report an upload by the user @Flvck0 who had stolen Ms. Doe's friend's work, claiming it as their own. Shortly after tweeting this, @Flvck0 reached out to Ms. Doe apologizing for the misunderstanding and removed the upload. Despite this calm and prompt resolution, Monika Swoboda appeared out of nowhere and scolded Ms. Doe through private messages on X. Ms. Swoboda accused Ms. Doe of going on a "witch hunt" against @Flvck0. Ms. Doe responded that the situation was taken care of. Ms. Swoboda then told her "maybe one day someone will hit [you] so hard that [you] will fall off [your] high horse and think for a moment as clearly right now you lack class and brain." Ms. Doe blocked Ms. Swoboda. From this point, Ms. Swoboda began tweeting about Ms. Doe. She published false and demeaning content about Ms. Doe. Nevertheless, Ms. Doe turned the other cheek and hoped it would stop. But it did not.

Thereafter, many people within the "Cyberpunk 2077" community began posting harassing and defamatory statements about Ms. Doe on many social media websites including X, Tumblr, and Discord. Because the hate became so consistent, Ms. Doe hired counsel to issue a cease-and-desist letter to Ms.

Swoboda. But Ms. Swoboda would not relent. Instead, she posted the attorney letter to her X account, encouraging others to harass Ms. Doe. Nevertheless, after posting the letter, Ms. Swoboda seemed to have ceased her campaign of harassment and defamation.

However, in March 2023, anonymous hate blogs began arising on Tumblr that restarted the campaign of hate targeted at Ms. Doe. The blogs mirrored a lot of the language that Ms. Swoboda had previously been posting, as well as personal attacks against Ms. Doe's work product, her physical appearance, age, sexuality, and more. Five (5) anonymous hate blogs have been posted, each more hateful than the last. Because of these blogs and their anonymity, the harassment against Ms. Doe seemed to become normalized causing further cyber bullying. Due to this hate campaign directed at Ms. Doe, Ms. Doe not only lost countless close relationships, but she also attempted suicide in October of 2023.

Around this time, Ms. Gacutan, began harassing Ms. Doe on *NexusMods.com* accusing Ms. Doe of using Keanu Reeve's likeness to make porn without his consent. This is completely false. The harassment was so consistent that Ms. Gacutan was eventually banned from the website because she had violated the website's policy by creating multiple accounts to harass Ms. Doe. However, Ms. Gacutan claimed this was a mistake as it had actually been her husband, Mr. Matyas, who used *NexusMods.com* in that manner and accused Ms. Doe of being the aggressor. Following this, Ms. Gacutan began harassing Ms. Doe through her Tweets, claiming she was an advocate for those that had been bullied and continuing to call Ms. Doe the aggressor.

In or about March 2024, Łucja Matusiak also jumped on the bandwagon in the defamation and harassment of Ms. Doe. Ms. Matusiak began alleging that Ms. Doe had destroyed one of Ms. Matusiak's romantic relationships, hurt her mental health, and spread lies about her. Ms. Matusiak accused Ms. Doe of being a serial abuser to many within the "Cyberpunk 2077" community. Ms. Matusiak also alleged that Ms. Doe's personal character was not custom-made or in her likeness. Ms. Matusiak then claimed that Ms. Doe had no idea how to mod and had others make her mods for her which she then published as her own. These assertions were <u>all</u> false and they damaged Ms. Doe's professional reputation within the community.

Additionally, in May of 2024, Mr. Dufresne published a Tumblr blog post detailing what he perceived to have occurred within the "Cyberpunk 2077" community in regard to Ms. Doe. This post republished the defamatory statements others were making of Ms. Doe and wrongfully accused Ms. Doe of harassing people within the community for the past three (3) years. This post only facilitated the continued onslaught of hate and harassment against Ms. Doe.

As a result of the foregoing, Ms. Doe suffered extreme emotional distress and attempted suicide a second time in July of 2024. Both of her suicide attempts were directly caused by the harassment she faced at the hands of the Defendants.

## <u>CLAIMS</u>
### <u>Defamation – Libel</u>

A defamatory statement is an unprivileged false statement purporting to be fact that was at least negligently published or communicated to a third party that caused damage to or some harm to the

reputation of the person who is the subject of the statement. <u>California Civil Code</u> §45 defines libel as "a false and unprivileged publication … which exposes any person to hatred, contempt, ridicule, or obloquy, or which causes him to be shunned or avoided, or which has a tendency to injure him in his occupation.

Here, each Defendant has recklessly and/or intentionally published defamatory content, of and concerning Ms. Doe, to be made to individuals within the "Cyberpunk 2077" community, as well as potential and actual clients of Ms. Doe. These defamatory statements consist of the following non-exhaustive instances:

February 2024:
@OvergrownRuin (Deleted20093563User) posted on NexusMods.com: "sorry but rockergirlfriend is the most disgusting person in this community and her pics should be reported to CDPR and removed from nexus. CDPR have repeatedly asked players not to disrespect Keanu Reeves's likeness and yet she constantly puts this degrading pornography of his likeness and a likeness of HERSELF everywhere I look. she doesnt respect the game or its creators and uses his model for her obsessed fantasy."

May 2024:
@pinkyjulien posted on Tumblr: "Zwei has been harassing people, either actively or passively, for the past 3 years"
@pinkyjulien posted on Tumblr: "People who know the kind of person she is can be intimidated or scared of what she can do; even if the legal threats and lawyers she used are fake, it can still affect someone's mental health greatly"
@MrsVSilverhand posted on X: "Imagine viciously bullying someone out of the fandom for using vanilla assets that belong ONLY to the game creators."
@MrsVSilverhand direct messaged on X: "Zwei has been known to harass tons of people, filing back charges on PayPal against artists, getting people banned from Discord for no reason."

June 2024:
@Vesn4_ posted on X: "Sorry, no one has respect for the serial abuser of the people in the community. She had no respect for me and my privacy as well as many others."
@cybervesna posted on Discord: "She kept xBae from publishing pose modding tutorial because she wanted it to be 'her own' thing that she couldn't even do"
@IdyllissSFW posted on X: "A cyber bully who loves to pray on a weak and when exposed plays the victim card."
@IdyllissSFW posted on X: "I don't understand why people are still trying to protect this vile woman. The only thing she does is bully and make others' lives miserable."

July 2024:
@Vesn4_ posted on X: "Credit for 'her' poses should go to xBae or anyone else who 'helped' because they do the heavy lifting."

These defamatory statements were recklessly and intentionally published in a manner equating to "malice." All the publications were made with hatred, ill will, and intent to vex, harass, annoy, and injure Ms. Doe. Defendants also either knew the statements were untrue or had a reckless disregard for their truth.

As a proximate result of the publication and republication of these defamatory statements, Ms. Doe has suffered injury to her personal, business, and professional reputation causing Ms. Doe's economic, emotional, and general damages. Additionally, because the Defendants published the defamation with actual malice, Ms. Doe is entitled to punitive damages.

## California Civil Code of Procedure § 527.6

Harassment is defined as "unlawful violence, a credible threat of violence, **or a knowing and willful course of conduct directed at a specific person that seriously alarms, annoys, or harasses the person, and that serves no legitimate purpose**." The course of conduct must also be "that which would cause a reasonable person to suffer substantial emotional distress, and must actually cause substantial emotional distress." California Civil Code of Procedure §527.6 allows a person who has suffered harassment to seek a temporary restraining order and an order after hearing prohibiting harassment and to recover her attorneys' fees.

Here, Defendants have perpetrated a campaign of harassment towards Ms. Doe on multiple social media platforms since 2022. This conduct served no legitimate purpose. They were intended to seriously alarm, annoy, and harass Ms. Doe. This pattern of conduct would cause a reasonable person to suffer substantial emotional distress, and it actually did cause Ms. Doe to suffer substantial emotional distress.

## Intentional Infliction of Emotional Distress

A person may bring a claim for intentional infliction of emotional distress ("IIED") if someone's outrageous conduct causes them to suffer severe emotional distress and it was done intentionally or with a reckless disregard for its effect. Hughes v. Pair, 46 Cal. 4th 1035, 1050-51, 95 Cal. Rptr. 3d 636, 209 P.3d 963 (2009). Emotional distress may include such things as suffering, anguish, fright, anxiety, worry, humiliation, and shame. Fletcher v. Western Life Insurance Co., 10 Cal. App. 3d 376, 397, 89 Cal. Rptr. 78 (1970). For emotional distress to be severe, it must be so substantial or long-lasting that no reasonable person should be expected to bear it. Id. Additionally, for someone to have acted with reckless disregard, they must have known that emotional distress would probably result from their conduct, or they gave little to no thought to the probable effects of their conduct. Christensen v. Superior Court, 54 Cal. 3d 869, 905-06, 2 Cal. Rptr. 2d 79, 820 P.2d 181 (1991).

Here, Defendants engaged in outrageous conduct. The sheer viciousness and rancor exhibited by Defendants is outrageous. Defendants continually called Ms. Doe cruel names, defamed her personality and her reputation, as well as her business. Defendants knew of Ms. Doe's emotional anguish as she continually asked them to stop, and her July 2024 suicide attempt was known throughout the "Cyberpunk 2077" community.

Ms. Doe is entitled to recovery for her economic and non-economic damages including her medical expenses and lost wages. Ms. Doe is also entitled to compensatory and punitive damages for Defendants' outrageous conduct.

## DEMAND

Attached hereto as **Exhibit A** is a copy of the Summons and Complaint we intend to file and serve if we are unable to resolve this matter pre-litigation. Additionally, once the Complaint has been filed, we will be serving subpoenas upon X, Tumblr, Discord, and NexusMods to receive anonymous users' information and private messages for each of the following accounts:

X/Twitter
   @Vesn4 – Łucja Matusiak
   @MrsVSilverhand – Leilani Joy Gacutan
   @MissLeilaniJoy – Leilani Joy Gacutan
   @PinkyJulien77 – Julien Dufresne
   @Idyliss – Monika Swoboda
   @AelaTHMrrowwind
   @v384745133
   @truerockergirl
Tumblr Accounts
   https://pinkydude.tumblr.com
   https://valeriesilverhand.tumblr.com
   https://cybervesna.tumblr.com
   https://oldcyberpunk2077truth.tumblr.com
Tumblr Hate Blogs
   https://www.tumblr.com/Cringepunk77
   https://www.tumblr.com/cyberpunk77truth-archived
   https://www.tumblr.com/cyberpunk77truth
   https://www.tumblr.com/cyberpunkfandomtruth

Discord
   Julien Dufresne – pinkydude – 240185775080079371
   Lucy Kaisu – cybervesna – 249827544143101952
   Leilani Joy Gacutan – valeriesilverhand – 907472812913065995
   Monika Swoboda – idylla3d – 176066826227286016
NexusMods
   ValerieSilverhand
   DawnJulio9403
   TrashStudVince
   Deleted200935631User
   taliaalghoul
   Deleted96609693User
   OvergrownRuin

Notwithstanding the rather egregious set of circumstances giving rise to this case, Ms. Doe is willing to discuss a resolution to this matter, which will necessarily include (1) the issuance of a retraction and/or public apology, (2) ceasing all contact with Ms. Doe both in person and through social media, (3) ceasing all mention of Ms. Doe by name or through an alias in any manner, including through social

December 18, 2024
Page 6 of 6
Gacutan
Matyas

media, (4) the deletion of all postings about Ms. Doe on all social media platforms, and (5) the payment of Ms. Doe's legal fees to date, at a minimum. If you promptly comply with all demands, Ms. Doe <u>may</u> be willing to waive her substantial claim for damages, including, without limitation, special damages, harm to reputation, damages for physical, physiological, and mental injuries, loss of income, and punitive damages.

If you are sincerely interested in pursuing discussions, contact me within ten (10) calendar days of receiving this letter to discuss a resolution to this dispute.  This letter also constitutes further notice and demand for Defendants to preserve all evidence related to the matter, including any and all emails, texts, posts, and communications that may relate to Ms. Doe's claims.  *Cedars-Sinai Medical Center v. Superior Court* (1998) 18 Cal.4th 1, 12.[1] If you fail to comply with the foregoing, we will have no alterative but to immediately file this action in the United States District Court for the Northern District of California seeking all damages and remedies to which Ms. Doe is entitled.

All rights reserved.

Sincerely,

Steven Lowe, Esq.
LOWE & ASSOCIATES, P.C.

Encl.:  **Ex. A** (Summons and Complaint – Unfiled)


CC:    Ms. Jane Doe

---

[1] Parties owe an "uncompromising duty to preserve" what they know or reasonably should know may be relevant evidence in a pending lawsuit. *Kronisch v. United States* (2nd Cir. 1998) 150 F.3d 112, 130, *Mathias v. Jacobs* (Fed. Cir. 1996) 197 E.R.D 29, 37. The duty to preserve exists when a party "is on notice that documents and information in its possession are relevant to litigation, or potential litigation, or are reasonably calculated to lead to the discovery of admissible evidence." *Wm, T. Thompson Co. v, General Nutrition Corp., Inc*. (C.D. Cal. 1984) 593 F. Supp. 1443, 1455. This duty extends to documents that are "relevant in the action, are reasonably calculated to lead to the discovery of admissible evidence, and/or are reasonably likely to be requested during discovery." *Id.*