**LOWE & ASSOCIATES, P.C.**
Steven T. Lowe, Esq. (SBN 122208)
steven@lowelaw.com
8383 Wilshire Blvd, Suite 1038
Beverly Hills, California 90211
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Attorney for Plaintiff,
Jane Doe

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual<br><br>        Plaintiff,<br><br>  v.<br><br>LEILANI JOY GACUTAN, an individual; MONIKA SWOBODA, an individual; JULIEN DUFRESNE, an individual; and ŁUCJA MATUSIAK, an individual<br><br>        Defendants. | Case No.: 25-3001<br><br>**DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFF JANE DOE'S NOTICE OF MOTION AND MOTION TO FILE PSEUDONYMOUSLY**<br><br>**[Points and Authorities; Proposed Order Filed Concurrently]**<br><br>Action Filed: April 1, 2025 |

## DECLARATION OF JANE DOE

1. I am the Plaintiff in this matter. The facts stated below are true and of my own personal knowledge. If called to testify, I could and would competently testify to these facts.

2. I, Jane Doe, became a well-known member of the online community surrounding the video game "Cyberpunk 2077" due to my ability to create screenshots in the game, and video game modifications ("mods"), and my in-game character, which is named "Zwei" and is based on myself and modeled after my likeness.

3. I have been continuously harassed and subject to ridicule, obloquy, and defamation by each Defendant and many others within the online community surrounding the video game "Cyberpunk 2077" for over three years since 2022. Examples of this campaign of hate are included in **Exhibits 1-3, 6-8, and 10** of the Complaint, which are true and correct copies of online posts by the Defendants.

4. In or about October 2022, Defendant Swoboda began the obloquy on the social media platform *X.com* ("X") with an array of tweets falsely accusing me of being a bully to others in the community, supported by private messages between myself and others that were manufactured to paint me in a poor light. Defendant Swoboda also rallied others to participate in her campaign, insisting others join in to attack me to remove me from the community. Before this, Defendant Swoboda privately messaged me, insulting me and berating me, which resulted in me asking her to stop and leave me alone.

5. In March 2023, an anonymous "hate" blog appeared on *Tumblr* that subjected me to more hatred, contempt, and ridicule. These blogs were focused on attacking me on a personal level beyond the boundaries of an online video game community. This blog went inactive due to multiple reports, but another one soon popped up. A total of five blogs were created, each more hateful and

dehumanizing towards me than the last. The five *Tumblr* hate blogs attacked me as a person in every aspect, from my character's appearance, to my physical appearance, including attacking people whom I interacted with, warning people to avoid me, and creating multiple rumors about me without any proof. As a result, I have lost multiple friendships, and even business relationships, due to how aggressively the blogs would attack me and the persistency of the rumors the blogs would create. The blogs would also celebrate and "Thank God" when they caught wind that they were responsible for something happening to me that would upset me to any degree. An example of one of the blogs can be found in **Exhibit 2** of the Complaint.

6. In October 2023, I attempted suicide as a result of the continued harassment from those posting online and the "hate" blogs, especially a new blog created named "cringepunk77" which escalated the bullying, abuse, and harassment to a new level of severity

7. Around this time, Defendant Gacutan began harassing me on *NexusMods.com* and *X* claiming I had bullied her and others, set forth in **Exhibit 3** of the Complaint, which is a true and correct copy of a comment Defendant Gacutan made on *NexusMods.com* on December 16, 2023, harassing me. Gacutan was eventually banned from *NexusMods.com* since she violated the website's policy by creating multiple accounts to harass me and others. **Exhibit 4** of the Complaint is a true and correct copy of the post *NexusMods.com* published explaining Gacutan's ban.

8. Defendant Matusiak joined in Gacutan's accusations and falsely stated that I hurt Matusiak directly and spread lies about Matusiak. I have not had any contact nor interacted, directly or indirectly, with Matusiak since July 2022. Defendant Matusiak's claims on *X* can be seen in **Exhibit 7** of the Complaint, which is a true and correct copy of multiple Tweets Matusiak posted about me.

9. Defendant Matusiak also began posting online that I did not create my own mods which damaged my professional reputation as a "modder" within the "Cyberpunk 2077" community as seen in **Exhibit 8** of the Complaint, which is a true and correct copy of multiple Tweets posted by Matusiak on July 2, 2024.

10. In May 2024, Defendant Dufresne wrote three *Tumblr* posts about me regarding what he perceived to have occurred within the "Cyberpunk 2077" community, which I reasonably believe was encouraged by Defendant Gacutan and her campaign prior. **Exhibit 6** of the Complaint shows one of the posts. These posts only facilitated the continued onslaught of hate and harassment against me. Defendant Dufresne also supported Defendant Swoboda, reposting her original posts on *X*.

11. Also in May 2024, Defendant Gacutan misrepresented to my friend that I am known to harass people, file chargebacks on PayPal against artists, and get people banned from Discord for no reason. None of these claims have any merit or truth. **Exhibit 5** of the Complaint is a true and correct copy of the messages Defendant Gacutan sent with these false claims.

12. On July 4, 2024, I attempted suicide a second time because of how helpless I felt about the harassment and obloquy I had been receiving over the past two years. I felt that the Defendants would not stop, would not stop recruiting others into their hate campaigns against me, and I was never going to get away from them. Attached to the Complaint as **Exhibit 9** are true and correct copies of medical records from this suicide attempt.

13. As of now, Defendants and others within the "Cyberpunk 2077" community continue to harass and bully me on multiple social media platforms. Defendants have started rumors that I "faked my death" while celebrating the assumption that I was deceased and creating even more anonymous social media accounts to harass me, my significant other, and my friends.

- 5 -

14. Due to the severity of the threatened harm from Defendants and others in the community, I fear for my own safety as well as my mental health. As such, it is necessary that I proceed with a pseudonym to protect myself from the threats, harassment, and hate Defendants and others have brought against me. I feel that this lawsuit is the only way that I can finally be safe from the Defendants and those that they recruit into their campaign of hatred and harassment. I want the Defendants leave me alone once and for all, and attempt to rebuild my life and enjoy my hobbies again without worry about the next attack from the Defendants

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 1, 2025 in San Antonio, Texas.



_____

JANE DOE