**LOWE & ASSOCIATES, P.C.**
Steven T. Lowe, Esq. (SBN 122208)
steven@lowelaw.com
8383 Wilshire Blvd, Suite 1038
Beverly Hills, California 90211
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Attorney for Plaintiff,
Jane Doe

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEILANI JOY GACUTAN, an individual; MONIKA SWOBODA, an individual; JULIEN DUFRESNE, an individual; and ŁUCJA MATUSIAK, an individual<br><br>　　　　　Defendants. | Case No.: 25-cv-03001-SK<br><br>**DECLARATION OF STEVEN T. LOWE, ESQ. IN SUPPORT OF PLAINTIFF JANE DOE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFF'S MOTION TO FILE PSEUDONYMOUSLY**<br><br>**[Application to File Under Seal; Proposed Order Filed Concurrently]**<br><br>Action Filed: April 1, 2025 |

- 1 -

## DECLARATION OF STEVEN T. LOWE, ESQ.

1. I am an attorney admitted to practice before all courts of the state of California and the United States District Court (Northern District of California). I am the managing partner of the law firm Lowe & Associates, P.C. and am the attorney representing Plaintiff in this matter. The facts stated below are true and of my own personal knowledge. If called to testify, I could and would competently testify to these facts. This declaration is based upon my own recollections, as well as the documents that have come into my possession, custody, and control.

2. I submit this declaration pursuant to Local Rules 7-11 and 79-5 in support of Plaintiff's Application to File Under Seal Documents in Support of Plaintiff's Motion to File Pseudonymously ("the Motion"). Specifically, Plaintiff wishes to file her declaration in support of the Motion and her supplemental declaration in support of the Motion as well as **Exhibit C** of the supplemental declaration. **Exhibit C** of the supplemental declaration is a true and correct copy of a restraining order Plaintiff received that contains her true name.

3. A stipulation with the Defendants could not be obtained prior to filing this Application because the Defendants have not yet been served with the Complaint or the documents filed thereafter. Additionally, it is because of the Defendants' actions that Plaintiff wishes to keep her true name out of the public eye. As described in greater detail in the Motion, Plaintiff reasonably fears that if her true name is revealed, even if just to the Defendants, the abuse she has been receiving for over two years will increase tenfold and become much more personal, and potentially escalate significantly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DECLARATION OF STEVEN T. LOWE IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE UNDER SEAL

1  Executed April 21, 2025 in Los Angeles, California.

_____

STEVEN T. LOWE