UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>LEILANI JOY GACUTAN, et al.,<br><br>    Defendants. | Case No. 25-cv-03001-SK<br><br>**ORDER REGARDING MOTION TO PROCEED ANONYMOUSLY AND MOTION TO SEAL**<br><br>Regarding Docket Nos. 5, 8 |

Upon review of Plaintiff's further declarations, the Court HEREBY GRANTS Plaintiff's motion to proceed anonymously. (Dkt. No. 5.) However, this Order is without prejudice to Defendants moving to reverse this Order or to discover Plaintiff's identity upon a showing of good cause.

Additionally, the Court RESERVING RULING on Plaintiff's administrative motion to seal. (Dkt. No. 8.) Plaintiff seeks to file entire declarations, including the attached exhibits, under seal. However, Plaintiff has only provided support for filing her name under seal. By no later than April 29, 2025, Plaintiff shall file a revised motion to file under seal demonstrating the need, if any, to file under seal any portion in addition to her name. Moreover, Plaintiff shall publicly file a redacted document for those portions that she does not contend should be filed under seal.

**IT IS SO ORDERED**.

Dated: April 23, 2025



SALLIE KIM
United States Magistrate Judge