UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEILANI JOY GACUTAN, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-03001-SK<br><br>**ORDER REGARDING MOTION TO PROCEED ANONYMOUSLY AND MOTION TO SEAL**<br><br>Regarding Docket Nos. 8, 10 |

The Court reserved ruling on Plaintiff's administrative motion to seal because Plaintiff had sought to file entire declaration and attached exhibits under seal. (Dkt. No. 8.) As directed, Plaintiff filed a revised administrative motion to seal. (Dkt. No. 10.) Plaintiff seeks to file entire declarations, including the attached exhibits, under seal. Plaintiff now makes clear that she only seeks to file her name under seal and what she describes as identifying information in a restraining order issued by the Superior Court of Los Angeles. She further states that her attorneys in that case are seeking to file the restraining order under seal. The Court GRANTS the motion to seal as to Plaintiff's name. With respect to the restraining order, this is a publicly filed document. However, the Court notes that Plaintiff is seeking to have it filed under seal. The Court CONDITIONALLY GRANTS the motion to seal as to the identifying information in the restraining order, subject to the ultimate determination by the Superior Court of Los Angeles on sealing it. If the Superior Court denies Plaintiff's motion, then there does not appear to be any basis for sealing portions of a document that is already in the public domain. Plaintiff shall inform the Court no

/ / /

/ / /

later than five days after the Superior Court of Los Angeles rules on the pending motion to seal the restraining order.

**IT IS SO ORDERED**.

Dated: May 1, 2025



SALLIE KIM
United States Magistrate Judge