UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA TAYTS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEILANI JOY GACUTAN, et al.,<br><br>　　　　　Defendants. | Case No. 3:25-cv-03001-JSC<br><br>**ORDER RE: ADMINSTRATIVE MOTION TO ADVANCE HEARING DATE**<br><br>Re: Dkt. No. 60 |

On September 9, 2025, Plaintiff filed an administrative motion to advance the hearing date on her pending motion to conduct limited early discovery from its current date of November 13, 2025 to September 18, 2025. (Dkt. No. 60.) Defendant Ervin opposes Plaintiff's motion. (Dkt. No. 63.) The Court set the November 13 hearing date to correspond with the hearing date for the other pending motions. (Dkt. Nos. 42, 45.) Plaintiff seeks to advance the hearing because she anticipates the early discovery she seeks will be necessary to defend against an anticipated—but not yet filed—motion to dismiss by Defendant Gacutan. (Dkt. No. 60 at 5.) Plaintiff's motion is DENIED without prejudice to renewal if such a motion is filed and if she contends the discovery is necessary. The Court encourages the parties to stipulate to a briefing schedule that addresses Plaintiff's concern.

This Order disposes of Docket No. 60.

**IT IS SO ORDERED.**

Dated: September 16, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge