United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA TAYTS,<br>Plaintiff,<br>v.<br>MONIKA SWOBODA, et al.,<br>Defendants. | Case No. 25-cv-03001-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 120 |

Upon review of Plaintiff's case management conference statement (Dkt. No. 120), the further case management conference scheduled for November 18, 2026 is CONTINUED to January 13, 2027 at 2:00 pm via Zoom video. If Plaintiff files the motions for alternative service referenced in the statement by January 8, 2027, the Court will vacate the case management conference. If no motion is filed by that day, Plaintiff shall file a written status update by January 11, 2027 and appear at 2:00 pm on January 13, 2027.

**IT IS SO ORDERED.**

Dated: November 13, 2026

JACQUELINE SCOTT CORLEY
United States District Judge